IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 06-307C

(Filed: July 18, 2006)

ABHE & SVOBODA, INC.

Plaintiff,

v.

UNITED STATES,

Defendant,

OCCI, INC.,

Intervening-Defendant.

ORDER

Pending before the court is plaintiff's Notice of Motion and Motion to Dismiss Plaintiff Abhe & Svoboda, Inc.'s Bid Protest, filed June 30, 2006. Plaintiff requests that its complaint be dismissed pursuant to Rule 41(a)(2) of the Rules of the Court of Federal Claims. Defendant does not oppose plaintiff's motion.

For good cause shown, plaintiff's motion is GRANTED. The Clerk is directed to dismiss this case without prejudice.

It is so **ORDERED**.

s/ Charles F. Lettow
Charles F. Lettow
Judge